UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:23-06444 TJH (ADS)                              Date: January 23, 2024

Title: *Darrell King v. Warden*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|            Kristee Hopkins            |            None Reported            |
|:-------------------------------------:|:-----------------------------------:|
|             Deputy Clerk              |       Court Reporter / Recorder     |

Attorney(s) Present for Petitioner(s):       Attorney(s) Present for Respondent(s):
              None Present                                   None Present

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Pending before the Court is a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") filed by Darrell King ("Petitioner"). (Dkt. No. 1.) On August 28, 2023, the Court issued an Order Regarding Screening of Petition notifying Petitioner that the Petition is subject to dismissal (the "August 28 Order"). (Dkt. No. 3.) Petitioner was required to respond to the Court by October 18, 2023. (Dkt. No. 5.) Upon further review of the Petition, the Court issued a Second Order Regarding Screening of Petition on December 8, 2023, to clarify the apparent deficiencies in the Petition and reasons why it is subject to dismissal (the "December 8 Order"). (Dkt. No. 6.) Petitioner was required to respond to the Court's December 8 Order by December 29, 2023. (Id.) On January 2, 2024, Petitioner responded to the Court's August 28 Order, but his response does not address or rectify the Petition's deficiencies identified in the Court's December 8 Order. (Dkt. No. 7.) To date, Petitioner has not responded to the Court's December 8 Order.

Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and follow court orders **by no later than February 6, 2024**. Petitioner may respond to this Order by filing a response to the Court's December 8, 2023, Order (Dkt. No. 6). If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:23-06444 TJH (ADS)                              Date:  January 23, 2024

Title:  *Darrell King v. Warden*

    *For Petitioner's convenience, the Clerk of Court is directed to attach the Court's December 8, 2023, Order (Dkt. No. 6), a Notice of Dismissal Form (CV-09), a blank copy of the Civil Rights Complaint form (CV-66), and a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support form (CV-60P) to this Order.*

    **Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).[1]**

    **IT IS SO ORDERED.**

Initials of Clerk kh

---

[1] This order is nondispositive.  However, if Petitioner believes this order erroneously disposes of any of his claims or precludes any relief sought, he may file objections with the district judge within 20 days of the date of the order.  See <u>Bastidas v. Chappell</u>, 791 F.3d 1155, 1162 (9th Cir. 2015).