JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL KING, | Case No. 2:23-06444 TJH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, United States Penitentiary, Victorville | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed.

DATED:  MARCH 1, 2024

_____
THE HONORABLE TERRY J. HATTER, JR.
United States District Judge